# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2152
_____

United States of America

*Plaintiff - Appellee*

v.

Anthony Omar Brockman

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City
_____

Submitted: December 18, 2024
Filed: December 23, 2024
[Unpublished]
_____

Before SMITH, KELLY, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Anthony Brockman appeals after he pleaded guilty to wire fraud, bank bribery, and money laundering. His counsel has moved for leave to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), challenging the district

court's[1] award of restitution to the Small Business Association. Upon careful review, we discern no error in the district court's award of restitution. See United States v. Louper-Morris, 672 F.3d 539, 566 (8th Cir. 2012) (restitution order is reviewed for plain error when defendant did not challenge it at sentencing).

We have independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we affirm, and we grant counsel leave to withdraw.

_____

[1]The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.